IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

DR. MARY BEGOLE                                                                                    PLAINTIFF

V.                                                           CIVIL ACTION NO.: 1:17-cv-33-SA-DAS

NORTH MISSISSIPPI MEDICAL CENTER, INC.,
NORTH MISSISSIPPI HEALTH SERVICES, INC.,
TUPELO EMERGENCY CARE ASSOCIATES, LLC,
and DR. JOSEPH JOHNSEY                                                                     DEFENDANTS

ORDER

For the reasons fully articulated in the Court's Memorandum Opinion issued this day, Defendant's Motion to Dismiss and Compel Arbitration [14] is GRANTED.

SO ORDERED this the 23rd day of March, 2018.

                                                /s/ Sharion Aycock
                                                UNITED STATES DISTRICT JUDGE