IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

| | |
|---|---|
| DR. MARY BEGOLE, | § |
| Plaintiff, | § |
| v. | § |
| NORTH MISSISSIPPI MEDICAL CENTER, INC., NORTH MISSISSIPPI HEALTH SERVICES, INC., TUPELO EMERGENCY CARE ASSOCIATES, LLC, and DR. JOSEPH JOHNSEY | § Civil Action No. 1:17-CV-33-SA-DAS<br><br>§ Jury Trial Demanded |
| Defendants. | |

## JUDGMENT

Consistent with the Court's March 23, 2018 Order granting Defendants' Motion to Dismiss and Compel Arbitration, Judgment is hereby entered in favor of Defendants.

SO ORDERED this, the 16th day of April, 2018.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE